Tom CARTLEDGE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2010–3162.

United States Court of Appeals,
Federal Circuit.

March 17, 2011.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal from *Cartledge v. Office of Personnel Management,* MSPB No. AT831M061041–A–2, 114 M.S.P.R. 606, IT IS ORDERED THAT:

   (1) The motion is granted.

   (2) Each side shall bear its own costs.

Melissa ADDE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5019.

United States Court of Appeals,
Federal Circuit.

May 19, 2011.

ON MOTION

ORDER

Upon consideration of Melissa Adde's motion to withdraw her appeal,

IT IS ORDERED THAT:

   (1) The motion is granted.

   (2) Each side shall bear its own costs.